**EXHIBIT – A**

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

June 29 2020 12:32 PM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-06682-1

The Honorable Bryan Chushcoff

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

JEFFREY S. ALDAN,

                    Plaintiff,

     vs.

HOME DEPOT U.S.A., INC., d/b/a THE
HOME DEPOT #4720, a Foreign Corporation,

                  Defendant.

NO.   20-2-06682-1

COMPLAINT FOR DAMAGES

COMES NOW the plaintiff, Jeffrey S. Aldan, by and through his attorney of

record, Daniel L. Hannula of Rush, Hannula, Harkins & Kyler, LLP, and Michael S. Clark

of the Law Offices of Krupa & Clark, and for cause of action against the defendant,

states and alleges as follows:

I.

The Court has jurisdiction over the parties hereto and the subject matter herein.

II.

At all times material hereto, plaintiff Jeffrey S. Aldan, resided in Pierce County,

Washington.

III.

At all times material hereto, defendant Home Depot U.S.A., Inc., doing business

COMPLAINT FOR DAMAGES - 1

as The Home Depot #4720, was a foreign corporation organized under the laws of the

State of Delaware, and conducting operations in Pierce County, Washington.  At all

times material hereto, defendant Home Depot U.S.A., Inc., doing business as The

Home Depot #4720, owned, operated, and maintained a retail store located at

4602 Center Street in Tacoma, Washington (hereinafter, "the Store").  All acts,

omissions, and conduct complained of herein were performed or committed by the

defendant's employees, representatives and/or agents, acting within the scope of their

employment and authority for which the defendant has legal liability.

IV.

On or about November 7, 2017, plaintiff Jeffrey S. Aldan parked in the parking lot

of the defendant's Store as a business invitee for the purpose of unloading items from

the bed of his truck near the garage area of the store, when an employee of the

defendant's Store, carelessly pushing a heavy double-decker material cart, owned by

the defendant's Store, lost control of the cart, and the cart smashed into the back and

legs of Mr. Aldan, pinning plaintiff to his own truck.

V.

Defendant Store, by and through its employee's operation of the heavy double-

decker material cart, and said employee's loss of control of the cart, was negligent.

VI.

As a direct and proximate result of the defendant's negligence as alleged herein,

plaintiff Jeffrey S. Aldan suffered personal injuries and continues to suffer serious

personal injuries which may be permanent, disabling and long-lasting.

VIII.

As a further direct and proximate cause of the defendant's negligence as alleged

COMPLAINT FOR DAMAGES - 2

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105

1 | herein, plaintiff Jeffrey S. Aldan has incurred medical costs and expenses, may incur

2 | medical costs and expenses for future treatment, and has sustained and may incur

3 | other out-of-pocket costs, all in amounts to be proven at the time of trial.

4 | IX.

5 | As a further direct and proximate result of the defendant's negligence as alleged

6 | herein, plaintiff Jeffrey S. Aldan has sustained mental, physical, and emotional pain and

7 | suffering, will sustain mental, physical, and emotional pain and suffering in the future,

8 | and has suffered and will in the future suffer inconvenience, loss of enjoyment of life,

9 | disability, and disfigurement, loss of income and an impairment to his earning capacity,

10 | all in amounts to be proven at the time of trial.

11 | WHEREFORE, plaintiff prays for judgment against the defendant as follows:

12 | 1. For all general and non-economic damages suffered by the plaintiff;

13 | 2. For all special and economic damages suffered by the plaintiff;

14 | 3. For pre-judgment interest on the liquidated sums;

15 | 4. For all costs and disbursements incurred herein, including a reasonable

16 | attorney's fee; and,

17 | 5. For such other relief as the Court deems just and equitable.

18 | DATED this 29th day of June, 2020.

19 |

20 | RUSH, HANNULA, HARKINS & KYLER, LLP
   | Attorneys for Plaintiffs

21 |

22 | By: _____
   | Daniel L. Hannula, WSBA #7830

23 |

24 | By: _____
   | Michael S. Clark, WSBA #23035

25 |

COMPLAINT FOR DAMAGES - 3

RUSH, HANNULA, HARKINS & KYLER, L.L.P.
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TELEPHONE: (253) 383-5388
FAX: (253) 272-5105

7-6-2020

20171136951

6020200706038307