IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| Jeffrey S. Aldan,<br><br>        Plaintiff,<br><br> v.<br><br>THE HOME DEPOT, U.S.A., INC., d/b/a THE HOME DEPOT #4720, a Foreign Corporation,<br><br>        Defendant. | NO.  3:20-CV-05694<br><br>HOME DEPOT, U.S.A., INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT<br><br>JURY DEMAND OF TWELVE<br><br>*[CLERKS' ACTION REQUIRED]* |

  COMES NOW Defendant Home Depot U.S.A., Inc. (hereinafter "Home Depot") by and through its counsel of record, Holt Woods & Scisciani LLP, and hereby submits its Answer and Affirmative Defenses to Plaintiff's Complaint by admitting, denying, and alleging as follows:

**I.**

  Home Depot lacks sufficient information to admit or deny the allegations set forth in Paragraph I and therefore denies the same.

HOME DEPOT U.S.A., INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
(CAUSE NO.3:20-CV-05694) - Page 1

HOLT WOODS & SCISCIANI LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

II.

Home Depot lacks sufficient information to admit or deny the allegations set forth in Paragraph II and therefore denies the same.

III.

Home Depot admits that it was a foreign corporation organized under the laws of the State of Delaware and conducting business in Pierce County, Washington. Home Depot further admits that it owned, operated and maintained a retail store located at 4602 Center Street in Tacoma, Washington. The remainder of the allegations set forth in Paragraph III appear to call for a legal conclusion and thus no response is required. To the extent a response is required, and unless specifically admitted, Home Depot denies.

IV.

Home Depot lacks sufficient information to admit or deny the allegations set forth in Paragraph IV and therefore denies the same.

V.

Home Depot denies.

VI.

Home Depot denies.

VII.

Home Depot denies.

VIII.

Home Depot denies.

IX.

Home Depot denies. Furthermore, Plaintiff's prayer for relief, inclusive of Paragraphs 1 – 5, does not contain any factual allegations and therefore no response is required. To the extent

HOME DEPOT U.S.A., INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
(CAUSE NO.3:20-CV-05694) - Page 2

HOLT WOODS & SCISCIANI LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

there are any factual allegations to which a response is required, Home Depot lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in this paragraph and therefore denies that Plaintiff is entitled to the relief sought.

## X.     HOME DEPOT'S AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER TO PLAINTIFF'S COMPLAINT AND WITHOUT WAIVING ANY ALLEGATIONS PREVIOUSLY DENIED, THE FOLLOWING AFFIRMATIVE DEFENSES ARE ASSERTED IN GOOD FAITH.  HOME DEPOT ALLEGES AS FOLLOWS:

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Home Depot asserts herein all defenses stated in Fed. R. Civ. P. 12(b) in so far as they may be applicable and, thus, are not waived.

3. Plaintiff may have failed to join a necessary party under Fed. R. Civ. P. 19.

4. The action should be dismissed to the extent Plaintiff's alleged damages, if any, resulted from superseding intervening acts or omissions of other persons and/or entities over which Home Depot had no responsibility or control.

5. Plaintiff's action should be dismissed because Plaintiff's alleged damages may have resulted from alleged acts or omissions by other persons and entities for which Home Depot had no responsibility or control, including Plaintiffs, and fault should be apportioned accordingly. RCW 4.22.070.

6. Plaintiff may have failed to mitigate his damages.

7. Plaintiff's claims may be barred by the statute of limitations.

8. Plaintiff's injuries or damages, if any, may have been proximately caused in whole or in part by the actions and/or negligence of other non-parties, other third-parties, and/or unknown or unnamed persons or entities.

9. Plaintiff's alleged damages have resulted from Plaintiff's own failure to exercise ordinary care or by the Plaintiff's own recklessness and/or negligence.

HOME DEPOT U.S.A., INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
(CAUSE NO.3:20-CV-05694) - Page 3

HOLT WOODS & SCISCIANI LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

10. Plaintiff's Complaint should be dismissed because Plaintiff's alleged injuries resulted from an open and obvious condition.

11. Plaintiff's injuries and damages, if any, may not be actionable because Plaintiff voluntarily, knowingly, expressly or implicitly consented to (including but not limited to the warning of an open and obvious condition), and/or assumed the risk of, the situation which caused Plaintiff's harm, if any.

## XI.   HOME DEPOT'S JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Home depot hereby demands a trial by a jury of twelve (12).

## XII.   HOME DEPOT'S RESERVATION OF RIGHTS

Home Depot reserves the right to amend any of the above answers upon further discovery. Home Depot also reserves the right to bring counter-claims and/or cross-claims against Plaintiffs and any known or unknown third-party defendants as may be necessary upon further discovery. Home Depot also reserves the right to add, delete, or revise any affirmative defense already pled or to be pled in the future upon further discovery.  Finally, Home Depot reserves the right to amend its prayer for relief upon further discovery.

## XIII.   HOME DEPOT'S PRAYER FOR RELIEF

WHEREFORE, having answered Plaintiff's Complaint, and having asserted its affirmative defenses, Home Depot requests that judgment be entered as follows:

1. That Plaintiff's Complaint be dismissed with prejudice, and Plaintiff takes nothing thereby;

2. An award against Plaintiff for Home Depot's expenses and costs incurred herein, including reasonable attorneys' fees as permitted by law; and

HOME DEPOT U.S.A., INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
(CAUSE NO.3:20-CV-05694) - Page 4

HOLT WOODS & SCISCIANI LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

3. For an award to Home Depot of such other and further relief as this Court deems just and equitable.

DATED this 17th day of July, 2020

            HOLT WOODS & SCISCIANI LLP

            *s/Kelsey L. Shewbert*
            *s/Charissa Williams*
            Kelsey L. Shewbert, WSBA No. 51214
            kshewbert@hwslawgroup.com
            Charissa Williams, WSBA No. 54879
            cwilliams@hwslawgroup.com
            Attorneys for Defendant Home Depot U.S.A., Inc.

HOME DEPOT U.S.A., INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
(CAUSE NO.3:20-CV-05694) - Page 5

**HOLT WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Holt Woods & Scisciani LLP.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO /Plaintiff**<br>Daniel L. Hannula<br>Michael S. Clark<br>Rush, Hannula, Harkins & Kyler LLP<br>4701 South 19th Street, Suite 300<br>Tacoma, WA 98405<br>dhannula@rhhk.com | ☒ Via U.S. Mail<br>☒ Via E-Mail<br>☐ Via Messenger Service<br>☒ Via Court E-Service |
| **CO/Plaintif**<br>Michael S. Clark<br>Law Offices of Michael S. Clark<br>705 S. 9th Street, Suite 202<br>Tacoma, WA 98405<br>mike@tacomainjurylawattorneys.com | ☒ Via U.S. Mail<br>☒ Via E-Mail<br>☐ Via Messenger Service<br>☒ Via Court E-Service |

DATED this 17th day of July, 2020 in Seattle, Washington.

*s/ Christie Kramer*
Christie Kramer, Legal Assistant

HOME DEPOT U.S.A., INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
(CAUSE NO.3:20-CV-05694) - Page 6

HOLT WOODS & SCISCIANI LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065