UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY S. ALDAN,

                    Plaintiff,

    v.

HOME DEPOT USC INC, d/b/a The Home Depot #4720, a foreign corporation,

                  Defendant.

Case No. 3:20-cv-05694-TL

ORDER RE: SETTLEMENT CONFERENCE WITH UNITED STATES MAGISTRATE JUDGE

This matter comes before the Honorable Judge Tana Lin's order referring this case for settlement purposes. Dkt. 76.

Accordingly, the Court orders as follows:

**The parties are directed to appear for a Settlement Conference to be held In-Person before the United States District Court for the Western District of Washington at Tacoma. The Conference will start at 9:00 AM on October 5, 2023, and will conclude no later than 2:00 PM. The required settlement memoranda, more fully described below, are due no later than 1:30 PM on October 3, 2023.**

Persons with ultimate settlement authority must be personally present at the settlement conference or readily available by videoconference or phone.

Participation of parties at the settlement conference – in person – is likely to increase the efficiency and effectiveness of the settlement conference. **All parties shall participate in person during the settlement conference, with counsel; except,**

ORDER RE: SETTLEMENT CONFERENCE WITH
UNITED STATES MAGISTRATE JUDGE - 1

1  **defendant has requested, and the Court will grant the request, that client**

2  **representatives for the defendant will be appearing via Zoom.** Any additional

3  request to be exempt from this requirement should be submitted to the Court in writing

4  no later than noon on September 29, 2023. Please address any request to Anna

5  Mendoza, Judicial Law Clerk to Magistrate Judge Fricke, at

6  anna_mendoza@wawd.uscourts.gov. The email subject line should include your case

7  number and "Request for non-appearance of a party."

8      Parties not appearing in person shall be available by phone or videoconference

9  and email (including the ability to review documents and sign) for the duration of the

10 settlement conference.

11     Any counsel appearing without authority to negotiate, or without the ability to

12 readily contact the person with full and ultimate settlement authority throughout the

13 settlement conference, may be sanctioned.

14     Other people who may increase the probability of settling the case should be

15 present, if possible. For example, the attendance of an expert may be helpful. Counsel

16 assisting the client on related matters may need to be involved. At the very least,

17 contact information should be available for them at the conference.

18     The Court directs plaintiff to make a settlement demand on or before 5:00 PM on

19 September 29, 2023 and defendant is directed to respond to that demand on or before

20 5:00 PM on October 2, 2023.

21     Each party shall provide, **in confidence,** a concise settlement memorandum **no**

22 **longer than ten double spaced pages and which should not include attachments**

23 **or exhibits unless under extraordinary circumstances.** Please do not file these

24

25

ORDER RE: SETTLEMENT CONFERENCE WITH
UNITED STATES MAGISTRATE JUDGE - 2

confidential memoranda with the Clerk's Office or serve the memoranda on opposing counsel. Each party's confidential memoranda shall include a brief description of:

1.  any liability disputes;

2.  facts you believe you can prove at trial;

3.  the monetary value at issue in the case;

4.  the major weaknesses in each side's case, both factual and legal;

5.  the history of settlement negotiations thus far;

6.  the party's settlement position;

7.  the major obstacle(s) to settlement as you perceive it;

8.  reference (by docket number) to any pending motions that would have a significant effect on settlement for the Court to review prior to settlement;

9.  special issues that may have a material bearing upon settlement discussions; and

10. any person(s) (with a description of their position or role) you plan to bring to the settlement conference.

In setting forth your settlement position, please do not limit your discussion to arguments on the merits of your case. For the Court and the parties to be successful in the limited time provided for this settlement conference, you should provide the Court with a clear and candid understanding of your and your client's actual evaluation of the interests, value, and monetary aspects that your client is most concerned about in any potential settlement of this case and an idea of terms under which you believe the case should settle.

1     The memorandum shall include the case number, case name, and should be

2 emailed directly to Anna Mendoza, the Judicial Law Clerk for Magistrate Judge Fricke,

3 at: anna_mendoza@wawd.uscourts.gov. The email subject line should read:

4 "**Confidential – Aldan v. Home Depot, - October 3, 2023 – [Defendant/Plaintiff's**

5 **name] Settlement Position Paper."** Do not mail hard copies of the settlement

6 memorandum to chambers.

7     Counsel for the parties may be contacted by the Court to answer questions,

8 clarify issues, and discuss other preliminary matters designed to ensure the conference

9 itself is productive. Counsel may contact the Court by sending an email to Judicial Law

10 Clerk Anna Mendoza at: anna_mendoza@wawd.uscourts.gov if counsel would like to

11 request an appointment with Magistrate Judge Fricke to address any matter they

12 believe needs to be discussed in advance, including any request to use exhibits,

13 technology-assisted presentations, or conduct lengthy opening statements.

14     It is the duty of the parties to notify the Court if trial is continued or if the case is

15 settled or otherwise disposed of prior to the date of the scheduled settlement

16 conference, so that the matter may be removed from the Court's docket.

17     In the time immediately preceding the settlement conference, if either party

18 believes that negotiation attempts would not be fruitful at the time set for the conference

19 for any reason, that party should contact the Court as soon as possible to discuss the

20 concern. Counsel for the parties are strongly encouraged to engage in preliminary

21 discussions with an eye toward meaningfully narrowing their disputes before appearing

22 for the Conference.

23

24

25

1    The Court expects that each participant will be well-prepared, open-minded, and

2    sincerely interested in achieving settlement. To encourage open communication, the

3    Court orders that all matters communicated in connection with this judicial settlement

4    are confidential and not to be used for any other purpose.

5

6

7    Dated this 26th day of September, 2023.

8

9

10

Theresa L. Fricke
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER RE: SETTLEMENT CONFERENCE WITH
UNITED STATES MAGISTRATE JUDGE - 5