THE HONORABLE JUDGE TANA LIN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY S. ALDAN,<br><br>    Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, U.S.A., INC., d/b/a THE HOME DEPOT #4720, a Foreign Corporation,<br><br>    Defendants. | CAUSE NO. 3:20-CV-05694-TL<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>NOTE FOR MOTION CALENDAR:<br>NOVEMBER 1, 2023<br>WITHOUT ORAL ARGUMENT |

## I. STIPULATION

Plaintiff Jeffrey S. Aldan (hereinafter "Plaintiff") and Defendant The Home Depot U.S.A., Inc. d/b/a The Home Depot #4720 (hereinafter "Defendant"), by and through their respective undersigned counsel of record, hereby stipulate that all claims of Plaintiff in the above-captioned case shall be DISMISSED with prejudice, and without costs or attorneys' fees to any parties. Any and all claims that were brought or could have been brought have been fully settled by the parties outside of court.

//

//

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 3:20-CV-05694-TL)- Page 1

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

1  STIPULATED TO on this 1ST of November, 2023.

3  RUSH, HANNULA, HARKINS & KYLER        HWS LAW GROUP

   [signature]                            /s/ Kelsey L. Shewbert
                                          /s/ Shaun G. Campbell
   Mark B. Melter, WSBA No. 46262         Kelsey L. Shewbert, WSBA No. 51214
   mmelter@rhhk.com                       kshewbert@hwslawgroup.com
   Daniel L. Hannula, WSBA No. 7830       Shaun G. Campbell, WSBA No. 47863
   dhannula@rhhk.com                      scampbell@hwslawgroup.com
   Attorneys for Plaintiff Jeffrey S. Aldan   Attorneys for Defendant Home Depot U.S.A., Inc.

   LAW OFFICES OF MICHAEL CLARK

   [signature]

   Michael S. Clark, WSBA No. 23035
   mike@tacomainjuryattorneys.com
   Attorney for Plaintiff Jeffrey S. Aldan

   *By Email approval*

## II.    ORDER

THIS MATTER having come before the Court on the above stipulation, IT IS HEREBY ORDERED that all claims that were brought, or that could have been brought, by Plaintiff in the above-captioned matter shall be, and hereby are, DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

DONE this 1st day of November 2023.

[signature]

Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 3:20-CV-05694-TL)- Page 2

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065